UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MICHAEL DUNN,<br><br>                              Plaintiff,<br>v.<br><br>DREW M. CHRISTENSEN, et al.,<br><br>                              Defendants. | Case No. 2:15-cv-01812-JCM-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATION** |

This matter is before the court on Plaintiff John Michael Dunn's failure to comply with this court's Order (Dkt. #2) to pay an initial partial filing fee by November 8, 2015.

On October 9, 2015, the court entered an Order (Dkt. #2) granting Plaintiff's request to proceed *in forma pauperis*. Plaintiff was ordered to pay an initial partial filing fee in the amount of $22.37 toward the full filing fee of $350.00 no later than November 8, 2015. The order warned Plaintiff that his failure to comply "may result in a recommendation to the district judge for dismissal of this action." *Id.* Plaintiff has failed to pay the initial partial filing fee and has not requested an extension of time in which to comply with the court's Order. Accordingly,

**IT IS RECOMMENDED** that this action be DISMISSED WITHOUT PREJUDICE and the Clerk of the Court be instructed to enter judgment accordingly, unless Plaintiff files the initial partial filing fee of $22.37 toward the full filing fee of $350.00 no later than **December 18, 2015.**

DATED this 18th day of November, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE